NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.P. on behalf of A.P., a minor child, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-2652 (DMC) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon application of Plaintiff, M.P. on behalf of A.P., a minor child, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

**WHEREAS** Plaintiff receives $520.00 in monthly income, and has no savings or checking account;

**IT IS** on this 14 day of July, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: All Counsel of Record
    The Honorable Mark Falk, U.S.M.J.
    File